**No. 51962.**—Dayton Company et al. *v.* United States, protests 71617–K, etc. (Minneapolis, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51963.**—European Agencies Co., Inc., et al. *v.* United States, protests 105550–K/12629, etc. (New Orleans, etc.).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 51964.**—Glasgo Finishing Co. et al. *v.* United States, protests 126714–K, etc. (St. Albans, etc.).

Opinion by LAWRENCE, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, OCTOBER 17, 1947

**No. 51965.**—W. X. Huber Co. a/c Milnor, Inc. *v.* United States, protest 63596–K (Los Angeles).

Opinion by CLINE, J. It was stipulated that the merchandise consists of trays, etc., similar in all material respects to those the subject of *Ignaz Strauss & Co.* v. *United States* (9 Cust. Ct. 342, C. D. 710). The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 51966.**—R. H. Macy & Co., Inc. *v.* United States, protests 70518–K, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that the merchandise consists of earthenware articles the same in all material respects as those passed upon in *Copeland & Thompson, Inc.* v. *United States* (12 Cust. Ct. 85, C. D. 833) and *Johnson Bros.* v. *United States* (15 id. 113, C. D. 955). In accordance therewith the merchandise was held dutiable as claimed.